# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORIO NIEVES,

    Defendant.

Case No. 2:18-cr-00234-JAD-GWF

## FINDINGS OF FACT

Based on the parties' stipulation to vacate the hearing on revocation of pretrial release, and good cause appearing therefore, the Court finds that:

1. On August 30, 2018, Defendant Gregorio Nieves entered into a plea agreement that resolved the charges in this case. As a result of his acceptance of responsibility, the Government will give the Defendant an opportunity to demonstrate that he can abide by his conditions of release.

2. The hearing regarding revocation of pretrial release scheduled for August 31, 2018, is no longer necessary, and the parties request that it be vacated by the Court.

## ORDER

IT IS HEREBY ORDERED that the hearing on revocation of pretrial release currently scheduled for August 31, 2018, at the hour of 10:30 a.m. be VACATED.

///

///

///

1	     IT IS FURTHER ORDERED that the associated Petition at ECF 13 and
2	Addenda at ECF 21 and 30 are DISMISSED.

                                   */s/ George Foley Jr.*
                            HONORABLE GEORGE W. FOLEY, JR.
                            UNITED STATES MAGISTRATE JUDGE

                            DATED: 8-31-2018