**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORIO NIEVES,<br><br>    Defendant. | Case No. 2:18-cr-00234-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 43 |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 4, 2019 at 9:30 a.m., be vacated and continued to January 22, 2019, at the hour of 9:30 a.m.

DATED this 28th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE