# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORIO NIEVES,<br><br>　　　　Defendant. | Case No. 2:18-cr-00234-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 45 |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 22, 2019 at 9:30 a.m., be vacated and continued to February 11, 2019, at the hour of 9:00 a.m.

   DATED this 17th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE